IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: E.C. MORRIS CORP. | : | CASE NO. 12-50982 |
| | : | CHAPTER 7 |
| Debtor | : | JUDGE: SHEA-STONUM |
| | : | SPECIAL LIMITED NOTICE OF |
| | : | AND REQUEST FOR NOTICES |
| | : | ON BEHALF OF STATE OF |
| | : | OHIO,BUREAU OF WORKERS |
| | : | COMPENSATION AND OHIO |
| | : | DEPARTMEN T OF |
| | : | EMPLOYMENT SERVICES |

PLEASE TAKE NOTICE that the State of Ohio Bureau of Workers Compensation and Department of Employment Services appear herein by its counsel for the limited purpose of directing pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

Ohio Bureau of Workers Compensation
Ohio Department of Employment Services
c/o Anthony J. Cespedes. Esq.
437 Market Ave. N.
Canton, Ohio 44702
3304564590
Fax- 3304561344
ajc1253@yahoo.com

          Respectfully submitted,

          /s/ Anthony J. Cespedes
          ANTHONY J. CESPEDES
          Ohio Reg. #0008831
          Attorney for State of Ohio
          437 Market Ave. N.
          Canton, Ohio 44702
          330-456- 4590