# Western Reserve
# VEHICLE AND EQUIPMENT AUCTION, INC.

| GEORGE ROMAN III, CAGA | RONALD ROMAN, CAI | CHRISTOPHER ROMAN |

Attorney Harold A. Corzin
Commonwealth Square
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333

**E.C. Morris Corp.**
**Case #12-50982**

1998 Freightliner Box Truck

*July 18, 2012*

**Total Auction Proceeds:** $1,800.00

| Commission: | $180.00 |
| Tow: Birrell's Towing | $400.00 |
| Advertising: | $75.00 |

**Total Expenses due to WRVE Auction, Inc.:** $655.00

**Net Proceeds:** $1,145.00




SALE LOCATION: 1221 W. Western Reserve Road • Boardman, Ohio • (330) 758-8437
MAILING ADDRESS: 409 Millbrook • Canfield, Ohio 44406
www.georgeromanauctioneers.com