**IT IS SO ORDERED.**

**Dated:  03:27 PM March 6 2014**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 12-50982 |
| | ) |
| E.C. Morris Corp., | ) CHAPTER 7 |
| | ) |
| DEBTOR. | ) JUDGE MARILYN SHEA-STONUM |
| | ) |
| | ) **ORDER DENYING MOTION OF ECM CHEMICALS, LLC AND EDWARD C. MORRIS TO ENFORCE ORDER APPROVING COMPROMISE OF CLAIMS BY THE TRUSTEE AGAINST ECM CHEMICALS, LLC, EDWARD C. MORRIS AND EDWIN L. NOLAN** [DOCKET ## 63] |

      On March 5, 2014, the Court held a hearing on the Motion of ECM Chemicals, LLC and Edward C. Morris to Enforce Order Approving Compromise of Claims by the Trustee against ECM Chemicals, LLC, Edward C. Morris, and Edwin L. Nowlan [Docket #63] (the "Motion") and the objections thereto. At the conclusion of the hearing, the Court rendered an oral decision.  In accordance with the Court's oral decision, which incorporated findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052 (made applicable to contested matters pursuant to Bankruptcy Rule 9014), the Motion is denied.

# # #

cc:   (via electronic mail)    Peter Tsarnas
　　　　　　　　　　　　　　Rodd Sanders
　　　　　　　　　　　　　　Ron Towne
　　　　　　　　　　　　　　Matthew Duncan